THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
PIO S. KIM
Assistant United States Attorney
California Bar No. 156679
Asset Forfeiture Section
        U.S. Courthouse, 14th Floor
        312 N. Spring Street
        Los Angeles, CA 90012
        Telephone: (213)894-2589
        Facsimile: (213)894-7177
        E-Mail: Pio.Kim@usdoj.gov

Attorneys for Plaintiff
United States of America

JS - 6

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      )   NO.  CV 07-04166 DDP(AJWx)
                               )
            Plaintiff,          )   CONSENT JUDGMENT
                               )
            v.                  )
                               )
REAL PROPERTY LOCATED IN       )
PERRIS, CALIFORNIA (DAVIS),    )
                               )
            Defendant.          )
———————————————————————————————)
                               )
HERMAN DAVIS, SR., HERMAN      )
DAVIS, JR., TYRONE DAVIS and   )
REPONSO DANIEL,                )
                               )
            Claimants.          )
                               )

———————————————————————————————

        On June 26, 2007, plaintiff United States of America filed

its Verified Complaint for Forfeiture in this action, alleging

that the defendant Real Property Located in Perris, California

(the "defendant property") is subject to forfeiture pursuant to

21 U.S.C. § 881(a)(7) on the ground that it was used or intended to be used to commit or to facilitate the commission of one or more violations of Subchapter I of Chapter 13 of Title 21, United States Code, including, without limitation, 21 U.S.C. §§ 841, 846 and 856.  Claimants Herman Davis, Sr., Herman Davis, Jr., Tyrone Davis and Reponso Daniels (collectively "Claimants") claim an interest in the defendant property and deny the government's allegations in the complaint.

The parties hereto have agreed to settle this forfeiture action and to avoid further litigation by entering into this consent judgment.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties, HEREBY ORDERS, ADJUDGES, AND DECREES:

1.   This Court has jurisdiction over the subject matter of this action and the defendant property.

2.   The Complaint for Forfeiture states claims for relief against the defendant property pursuant to 21 U.S.C. § 881(a)(7).

3.   Notice of this action has been given as required by law.  No appearance has been made in this action by any person other than Herman Davis, Sr., Herman Davis, Jr., Tyrone Davis and Reponso Daniels.  The Court deems that all potential claimants other than Claimants admit the allegations of the Verified Complaint for Forfeiture to be true, and hereby enters default against all other potential claimants.

4.   The defendant property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein except as specifically provided herein.

5.   The defendant property is located at 21182 Hicks

1   Street, Perris, California 92570, and is more particularly

2   described as follows:

3           Parcel 1:
        Lots 94 and 95 of Resthaven Acres, in the

4           City of Perris, County of Riverside, State of
        California, as per map recorded in Book 15,

5           Page 49 of Maps, in the Office of the County
        Recorder of said county.

6           Assessors Parcel No: 318-051-009-9

7       6.   Upon entry of this judgment, the government shall sell

8   the defendant property and distribute the gross proceeds of the

9   sale as follows:

10          a.   First, to payment of the expenses, fees and taxes

11              customarily associated with a sale of real

12              property, including recording fees, county

13              transfer fees, reconveyance fees, escrow fees,

14              sub-escrow fee, Federal Express/messenger fees,

15              wire service fees, real estate broker commissions

16              and the real property taxes to the applicable

17              County Assessor and Tax Collector;

18          b.   Second, to complete payment of all liens and other

19              encumbrances on the defendant property the

20              government deems, in its sole and absolute

21              discretion, valid;

22          c.   Third, to the extent that funds remain available

23              after making the payments mentioned in paragraphs

24              a & b, Herman Davis, Sr. shall be paid up to

25              $37,500; and

26          d.   Fourth, to the extent that funds remain available

27              after making the payments mentioned in paragraphs

28              a, b and c, the government shall be paid the

entirety of the remaining funs.

7.   Claimants shall provide the government with all forms of cooperation reasonably requested by the government in order to effectuate the sale of the defendant property.  In this regard, the claimants specifically agree that within two weeks of entry of this judgment, without any further notice, they will remove any and all residents, tenants and other occupiers, furniture, household items, personal effects and other non-fixture from the defendant property and turn over possession of the defendant property to the government.

8.   The claimants hereby release the United States of America, the State of California, and all counties, municipalities and cities within the State of California, and any of foregoing's agencies, departments, offices, agents, employees and officers, including, but not limited to, the United States Attorney's Office, the Drug Enforcement Administration, and any of foregoing's employees and agents, from any and all, known or unknown, claims, causes of action, rights, and liabilities, including, without limitation, any claim for attorney's fees, costs, or interest which may be now or later asserted by or on behalf of the claimants, arising out of or related to this action.

9.   Herman Davis, Sr. hereby agrees to indemnify and hold harmless the United States of America, the State of California, all counties, municipalities and cities within the State of California, and any of foregoing's agencies, departments, offices, agents, employees and officers, including, but not limited to, the United States Attorney's Office, the Drug

4

1  Enforcement Administration, and any of foregoing's employees and

2  agents, from any and all, known or unknown, claims, causes of

3  action, rights, and liabilities, including, without limitation,

4  any claim for attorney's fees, costs, or interest, raised or

5  asserted by a third party in connection with or related to this

6  Consent Judgment and/or the payment of any of the net proceeds to

7  the claimant.

8       10.  Each party shall bear its own costs and attorney's

9  fees, and waives any right to appeal this judgment.

10      11.  The Court finds that there was reasonable cause for the

11 institution of these proceedings.  This judgment shall be

12 construed as a certificate of reasonable cause pursuant to 28

13 U.S.C. § 2465.

14 Dated: July 24, 2008

15                    _____

                         UNITED STATES DISTRICT JUDGE

16

17                              CONSENT

18     The parties consent to judgment and waive any right of

19 appeal.

20

21 Dated:_____, 2008        THOMAS P. O'BRIEN
                                     United States Attorney
22                                   CHRISTINE C. EWELL
                                     Assistant United States Attorney
23                                   Chief, Criminal Division
                                     STEVEN R. WELK
24                                   Assistant United States Attorney
                                     Chief, Asset Forfeiture Section
25
                                     _____
26                                   PIO S. KIM
                                     Special Assistant United States Attorney
27                                   Asset Forfeiture Section

28                                   Attorneys for Plaintiff

                                  5

1

                                    United States of America

2

3

4                        (Signature page continues.)

5

6
Dated:_____, 2008
7                                    _____
                                     HERMAN DAVIS, SR.
8                                    Claimant

9

10  Dated:_____, 2008
11                                   _____
                                     HERMAN DAVIS, JR.
                                     Claimant
12

13  Dated:_____, 2008
14                                   _____
                                     TYRONE DAVIS
                                     Claimant
15

16  Dated:_____, 2008
17                                   _____
                                     REPONSO DANIELS
                                     Claimant
18

19       Approved as to form and content.

20

21  Dated:_____, 2008
                                     _____
22                                   JAMES W. SPERTUS
                                     Attorney for claimants Herman Davis,
23                                   Sr., Herman Davis, Jr., Tyrone Davis
                                     and Reponso Daniels

24

25

26

27

28

                                            6